IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:20-CV-505-FDW-DCK

| | |
|---|---|
| ARNOLD B. GREEN, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| AMERICAN AIRLINES, INC., | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 6) filed by Julie K. Adams, concerning Amber Arnette on November 9, 2020. Amber Arnette seeks to appear as counsel *pro hac vice* for Defendant American Airlines, Inc. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 6) is **GRANTED**. Amber Arnette is hereby admitted *pro hac vice* to represent Defendant American Airlines, Inc.

Signed: November 10, 2020

David C. Keesler
United States Magistrate Judge