# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CASE NO. 3:20-CV-505-DCK

| ARNOLD B. GREEN, | ) |  |
|---|---|---|
| Plaintiff, | ) |  |
| v. | ) | **ORDER** |
| AMERICAN AIRLINES, INC., | ) |  |
| Defendant. | ) |  |

**THIS MATTER IS BEFORE THE COURT** on the parties' "Joint Motion For Status Conference" (Document No. 34) and Defendant's "Motion For Continuance Of Trial Date" (Document No. 35) filed January 31, 2022. The parties have consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c), and immediate review is appropriate. Having carefully considered the motions and the record, the undersigned will deny the motion for a conference and grant the motion to continue the trial date.

Counsel for the parties jointly request a Status Conference to discuss the trial date and other deadlines. (Document No. 34). Defendant's separate motion seeks to continue the trial because that "may save the Parties' and the Court's time and resources." (Document No. 35). As the motions note, there is a pending motion for summary judgment that is ripe for review. The undersigned expects to issue a decision on that dispositive motion in the near future.

Based on the foregoing, the undersigned will respectfully decline to hold a Status Conference at this time. Instead, the Court will amend the trial deadline and set a date for a Final Pretrial Conference.

**IT IS, THEREFORE, ORDERED** that the parties' "Joint Motion For Status Conference" (Document No. 34) is **DENIED**.

**IT IS FURTHER ORDERED** that Defendant's "Motion For Continuance Of Trial Date" (Document No. 35) is **GRANTED**.

**IT IS FURTHER ORDERED** that a trial in this matter, if necessary, will be held during the undersigned's **May 23 - June 3, 2022** civil term. A Final Pretrial Conference is scheduled for **May 3, 2022**.

**SO ORDERED**.

Signed: February 1, 2022

David C. Keesler
United States Magistrate Judge